CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853
RANDOLPH J. ST. CLAIR
Assistant United States Attorney
CHRISTOPHER LIN
Assistant United States Attorney
United States Attorney's Office
400 South Virginia, Suite 900
Reno, Nevada 89501
775-784-5438
Randy.StClair@usdoj.gov
Christopher.Lin@usdoj.gov

*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GILBERTO GRACIAN-RENTERIA, <br><br> Defendant. | 3:20-CR-00003-MMD-WGC <br><br> **STIPULATION TO EXTEND DEADLINE FOR RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE [ECF 161]** <br><br> (First Request) |

IT IS HEREBY STIPULATED AND AGREED by and through CHRISTOPHER

CHIOU, Acting United States Attorney, and RANDOLPH J. ST. CLAIR, Assistant United States

Attorney, counsel for the United States of America, and JANICE A. HUBBARD, Esq., counsel

for defendant Gilberto Gracian-Renteria, to extend the deadline for the Government's Response to

Defendant's Motion to Suppress Evidence [ECF No. 161] from June 9, 2021 to June 17, 2021.

This is the parties' first request for an extension.

1

The parties stipulate, subject to the Court's approval, that the Government's Response to Defendant's Motion to Suppress Evidence is due on June 17, 2021. The parties further stipulate that Defendant would have until June 23, 2021 to file any reply. This stipulation is requested mindful of the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED this 2nd day of June 2021.

CHRISTOPHER CHIOU
Acting United States Attorney


 /s/ Randolph J. St. Clair                              /s/ Janice A. Hubbard
RANDOLPH J. ST. CLAIR                       JANICE A. HUBBARD, Esq.
Assistant United States Attorney             Counsel for Gilberto Gracian-Renteria


IT IS SO ORDERED.

_____

HONORABLE MIRANDA M. DU
UNITED STATES DISTRICT JUDGE


DATED: ___6/2/2021_____